# UNITED STATES DISTRICT COURT
## for the

### Southern District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  CR696-00004-010 |
| Willie Outler | ) USM No:  09130-021 |
| Date of Previous Judgment:  October 8, 1996 | ) Kathy Stephens Palmer |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 240    months | Amended Guideline Range: | 240    months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**: Despite the amendment to the crack cocaine guideline, the defendant still faces a statutorily required minimum sentence of twenty years.

Except as provided above, all provisions of the judgment dated   October 8, 1996,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 13, 2008

_____
Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)